Decided September 10, 2008

### KIP KRICHKO *v.* LESLIE KRICHKO*

The defendant's petition for certification for appeal from the Appellate Court, 108 Conn. App. 644 (AC 27691), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the plaintiff's obligation to pay alimony terminated upon the commencement of the defendant's cohabitation with an unrelated adult male?"

SCHALLER, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18226.

*David P. Ball*, in support of the petition.

Decided September 10, 2008